IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00898 EJD |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING |
| | ) | HEARING AND EXCLUDING TIME |
| vs. | ) | UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| JOSE MAGAÑA-PEÑA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Monday, August 6, 2012, may be continued to Monday, September 10, 2012, at 1:30 p.m.

It is further ordered that the time through and including September 10, 2012, may be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective defense preparation and continuity of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: August _3_, 2012

_____
HON. EDWARD J. DAVILA
United States District Judge

[Proposed] Order Excluding Time         1